IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:24-CR-00151 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | |
| | ) | |
| YUE CAO, | ) | **GOVERNMENT'S MOTION TO** |
| | ) | **DISMISS TWO COUNTS OF THE** |
| Defendant. | ) | **INDICTMENT** |
| | ) | |

The United States of America, by and through its counsel, Rebecca C. Lutzko, United States Attorney, and Edward Brydle, Assistant United States Attorney, hereby submits the *Government's Motion to Dismiss Two Counts of the Indictment* for the reasons discussed below.

The United States moves this Honorable Court to dismiss counts six and fourteen of the Indictment as well forfeiture of the account associated with paragraph 20(b). (R. 1: Indictment, PageID 21-22, 24). Count six is one of several Bank Fraud counts charged pursuant to 18 U.S.C. § 1344, and count fourteen is one of several Aggravated Identity Theft counts charged pursuant to 18 U.S.C. § 1028A(a)(1). The United States now seeks to dismiss these two counts, and the associated forfeiture, for reasons fully described in *Government's Brief in Opposition to Defendant's Motion to Compel Disclose of Grand Jury Transcripts* which primarily centers around the post-indictment wavering statements of a very elderly Bank 1 customer. (R. 14: Response to Motion, PageID 91-94).

Federal Rule of Evidence 48(a) allows the government to dismiss, with leave of the Court, an indictment, information, or complaint. Rule 48(a) also governs the dismissal of one or

more counts of an indictment. *Thomas v. United States*, 398 F.2d 531, 537 (5th Cir.1967) (the right of the prosecution to move for and the court to grant dismissal of an Indictment or separate counts thereof is a hornbook principle); *In re United States*, 345 F.3d 450 (7th Cir.2003) (it is true that Rule 48(a) of the Federal Rules of Criminal Procedure requires leave of court for the government to dismiss an indictment, information, or complaint--or, we add, a single count of such a charging document.), *United States v. Delagarza*, 650 F.2d 1166, 1167 (10th Cir.1981) ([r]ule 48(a) also governs the dismissal of one or more counts of an indictment). *Brown v. United States*, E.D.Tenn. No. 4:13-cr-11, 2021 U.S. Dist. LEXIS 219098, at 8-9 (Nov. 12, 2021) ([d]ismissal of a count "leaves the prosecution just as though no such count had ever been inserted in the indictment." [citation omitted].)

Requiring the government to obtain leave of the court to dismiss counts of an indictment serves two purposes – "to protect a defendant against prosecutorial harassment, e.g., charging, dismissing, and recharging, when the Government moves to dismiss an indictment over the defendant's objection" and "to allow courts to consider public interest, fair administration of criminal justice and preservation of judicial integrity when evaluating motions to dismiss." *United States v. Garcia-Navedo*, W.D.Okla. No. CR-23-329-PRW, 2024 U.S. Dist. LEXIS 19526, at 2 (Feb. 5, 2024) citing *United States v. Strayer*, 846 F.2d 1262, 1265 (10th Cir. 1988) and *Rinaldi v. United States*, 434 U.S. 22, 29 n.15, 98 S. Ct. 81, 54 L. Ed. 2d 207 (1977).

For the reasons identified above, the United States respectfully requests the Court to dismiss two counts of the Indictment – counts six and fourteen – as well as the forfeiture of the

account associated with paragraph 20(b).  As the motion is made before trial, this dismissal of these two counts should be made without prejudice.

                                     Respectfully submitted,

                                     REBECCA C. LUTZKO
                                   United States Attorney

                                   By:  /s/ Edward Brydle

                                   Edward Brydle (OH: 0083243)
                                   Assistant United States Attorneys
                                   United States Court House
                                   801 West Superior Avenue, Suite 400
                                   Cleveland, OH 44113
                                   (216) 622-3600
                                   Edward.Brydle@usdoj.gov

                                   *Counsel for United States of America*